UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MAXIM GROUP LLC,                                       :
                                                       :
                        Plaintiff,                     :      Dkt. No. 07-CIV-8099
                                                       :
            -against-                                  :      **RULE 7.1 STATEMENT**
                                                       :
LIFE PARTNER HOLDINGS, INC.,                           :
                                                       :
                        Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff Maxim Group LLC ("Maxim") certifies that Maxim

has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
      September 14, 2007

                             SCHWARTZ & PONTERIO, PLLC
                             *Attorneys for Plaintiff*

            By:       _____
                             Matthew F. Schwartz (MS 9843)
                             134 West 29th Street – Suite 1006
                             New York, New York 10001
                             Telephone: (212) 714-1200