Oct-05-07  11:43pm  From-LeClair Ryan         2026594130          T-108  P.002/002  F-947

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
MAXIM GROUP, LLC,

                  Plaintiff,

vs.

LIFE PARTNER HOLDINGS, INC.,

                  Defendant.
-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/07

07 Civ 8099 (LAP)

STIPULATION AND
~~PROPOSED~~ ORDER

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that service of the Summons and Complaint was duly made on Defendant on September 17, 2007, and Defendant's response or reply to the Complaint shall be filed on or before October 23, 2007.

Dated: New York, New York
       October 4, 2007

SCHWARTZ & PONTERIO, PLLC

By: _____
Matthew Schwartz, Esq.
134 West 29th Street – Suite 1006
New York, New York 10001
(212) 714-1200
Attorney for Plaintiff

LeCLAIRRYAN, P.C.

By: _____
Andrew J. Frisch, Esq.
830 Third Avenue, Fifth Floor
New York, New York 10022
(212) 430-8031
Attorney for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
10-5-07