UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

MAXIM GROUP LLC,

        Plaintiff,              07 CV 8099 (LAP)

  - against -

                                 **RULE 7.1 STATEMENT**

LIFE PARTNER HOLDINGS, INC.,

        Defendant.
_____

        Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for defendant Life Partners Holdings, Inc. ("Life Partners") certifies that Life Partners is publicly traded on the NASDAQ market under the symbol LPHI.

Dated:  November 6, 2007
         New York, New York

                                    Respectfully submitted,

                                    **LeClairRyan**,
                                       A Professional Corporation
                                    Attorneys for Defendant
                                    Life Partners Holdings, Inc.

                             By:  /s/ Andrew J. Frisch
                                    Andrew J. Frisch (AF-9393)
                                    830 Third Avenue
                                    New York, New York 10022
                                    (212) 430-8031

                                    Robert P. Howard, Jr.
                                    1101 Connecticut Avenue, N.W.
                                    Washington, D.C. 20036
                                    (202) 659-6707
                                      Of Counsel