

LeClairRyan

December 5, 2007

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Maxim Group LLC v. Life Partners Holdings, Inc.
<u>Civil Docket Number 07-8099 (LAP)</u>

Dear Judge Preska:

We represent Life Partners Holdings, Inc. ("Life Partners"), defendant in the above-referenced civil action in which Maxim Group LLC ("Maxim") alleges breach of contract and seeks specific performance. The Complaint was filed on September 14, 2007. On or about November 6, 2007, Life Partners moved pursuant to Fed. R. Civ. P 12(b)(6) for dismissal of the Complaint for failure to state a claim on which relief can be granted on grounds that plaintiff Maxim failed to allege satisfaction of a condition precedent. We write to advise the Court that we hereby withdraw that motion. Plaintiff's counsel has convinced us that its general allegations about satisfaction of conditions precedent are sufficient to survive a motion to dismiss. Today we are electronically filing our Answer and a motion for summary judgment based on Maxim's failure to satisfy the condition precedent.

Respectfully yours,

LeClair Ryan
A Professional Corporation

By: _____
Andrew J. Frisch

cc: Matthew Schwartz, Esq.

E-mail: Andrew.Frisch@LeClairRyan.com
Direct Phone: 212.430.8031
Direct Fax: 212.430.8061

830 Third Avenue, Fifth Floor
New York, New York 10022
Phone: 212.430.8020 \ Fax: 212.430.8079

ATTORNEYS AT LAW \ WWW.LECLAIRRYAN.COM