# EXHIBIT 5



**FROM:** skessler@optonline.net
**TO:** ascott@maximgrp.com
**CC:** mbeste@msn.com
**SUBJECT:** Re: Power Point Presentation

**ID:** P0003372957@wbyapps2.maximgrp
**Message Sent:** 11/2/2004 2:15:29 PM
**Processed on:** 11/2/2004 2:15:29 PM

Andrew:

Fraud, etc. was a problem formerly connected with viaticals and to my knowledge has thankfully not been a factor been the case of Senior Life Settlements. Most of the problems occurred during the 1990's and have been eliminated.

I think that to bring up past problems, etc. can be a distraction to the positive tone of presentation that we are trying to put forward. If someone asks a question referring to the past problems in the viatical business, we will answer it in a forthright manner. However I think that to highlight a past problem will cast a negative tone on the entire presentation, even if the potential investor is a sophisticated fund manager.

Please let me know your further thoughts.

I hope that you are feeling better.

Steve

> ----- Original Message -----
> **From:** Andrew Scott
> **To:** Steven Kessler
> **Sent:** Tuesday, November 02, 2004 9:14 AM
> **Subject:** RE: Power Point Presentation
>
> steven, we need to brush up the PP a little, talk about past fraud or constraints in the industry and why it will be better this time...
>
>> -----Original Message-----
>> **From:** Steven Kessler [mailto:skessler@optonline.net]
>> **Sent:** Tuesday, November 02, 2004 8:25 AM
>> **To:** Andrew Scott
>> **Subject:** Re: Power Point Presentation
>> **Importance:** High
>>
>> Andrew:
>>
>> Thanks. I hope that you are feel better. Let me know your schedule for meetings next Monday and Tuesday. I want to schedule several of my own, if possible.
>>
>> Best,
>>
>> Steve
>>
>>> ----- Original Message -----
>>> **From:** Andrew Scott
>>> **To:** Steven Kessler
>>> **Sent:** Tuesday, November 02, 2004 7:53 AM
>>> **Subject:** RE: Power Point Presentation
>>>
>>> im going to get ahold of him today and set up a phone call, most likely it will be tomorrow, but hopefully today, SLC got 5 feet of snow the last two days and things are slow in the mountains where everyone

lives.

AS

-----Original Message-----
**From:** Steven Kessler [mailto:skessler@optonline.net]
**Sent:** Monday, November 01, 2004 9:01 PM
**To:** Andrew Scott
**Subject:** Re: Power Point Presentation
**Importance:** High

Andrew:

I hope that you are feeling better. When do you plan to introduce me to Hyrum Mead?

Regards,

Steve Kessler

----- Original Message -----
**From:** Andrew Scott
**To:** Steven Kessler
**Sent:** Monday, November 01, 2004 6:00 PM
**Subject:** RE: Power Point Presentation

will go through tonight

-----Original Message-----
**From:** Steven Kessler [mailto:skessler@optonline.net]
**Sent:** Monday, November 01, 2004 5:59 PM
**To:** Mike Beste
**Cc:** Andrew Scott
**Subject:** Power Point Presentation
**Importance:** High

Mike:

Additional changes.

Pleasse call me at your convenience.

Steve

**************************************************************

This message is intended only for use by the intended party and may contain information that is privileged and/or confidential. If you are not the intended recipient, then any review, dissemination, replication or distribution of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and delete this message and all attachments.

Electronic communications routed to any employee of Maxim Group LLC ("Maxim") are for business purposes only. While messages are confidential, authorized management, legal and compliance personnel may review electronic messages. Electronic messages are also retained and would be provided upon request to an authorized regulatory body.

Do not use email or instant messaging to request, authorize or effect the purchase or sale of any security, to send fund transfer instructions or to effect any other transactions. Maxim does not accept responsibility for transmission via electronic means of trade orders. No guarantee can be made by Maxim of timely execution of any trade order transmitted via electronic means including email and instant messaging.

Information included in this email does not constitute a trade confirmation or an offer or solicitation of an offer to buy/sell securities. Past performance is not indicative of future returns.

Any attachment(s) to this electronic communication that was not prepared by Maxim Group, LLC ("Maxim") has been unaltered, and is in its original form. Any recommendation, opinion, or advice regarding securities or markets contained in any documentation that was not prepared by Maxim does not necessarily reflect the views of Maxim, and Maxim does not verify any information included in such material. Lastly, Maxim and/or its employees or affiliates may have an interest in, or from time to time trade or make markets in the securities (and/or related derivatives) of the issues discussed in any attachment annexed hereto.

*******************************************************************