# EXHIBIT 6

## Historical Prices for Life Partners Holdings, Inc. (LPHI)

10/27/04 through 1/31/05

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 1/31/2005 | 5.54 | 5.99 | 5.45 | 5.94 | 92,400 | 4.35 |
| 1/28/2005 | 5.45 | 5.59 | 5.45 | 5.5 | 9,100 | 4.03 |
| 1/27/2005 | 5.47 | 5.47 | 5.4 | 5.45 | 17,000 | 3.99 |
| 1/26/2005 | 5.3 | 5.71 | 5.3 | 5.45 | 48,800 | 3.99 |
| 1/25/2005 | 5.45 | 5.45 | 5.25 | 5.28 | 32,800 | 3.87 |
| 1/24/2005 | 5.55 | 5.56 | 5.25 | 5.45 | 85,200 | 3.99 |
| 1/21/2005 | 5.58 | 5.81 | 5.5 | 5.56 | 49,800 | 4.08 |
| 1/20/2005 | 5.87 | 5.94 | 5.55 | 5.58 | 50,000 | 4.09 |
| 1/19/2005 | 6.11 | 6.2 | 5.78 | 5.86 | 70,000 | 4.3 |
| 1/18/2005 | 5.53 | 6.15 | 4.93 | 5.88 | 701,900 | 4.31 |
| 1/14/2005 | 8.3 | 8.65 | 5.59 | 5.78 | 896,400 | 4.24 |
| 1/13/2005 | 8 | 8.37 | 7.84 | 8.17 | 405,200 | 5.99 |
| 1/12/2005 | 7.84 | 8.03 | 7.53 | 8 | 81,000 | 5.86 |
| 1/11/2005 | 7.8 | 8.6 | 7.65 | 7.84 | 326,600 | 5.75 |
| 1/10/2005 | 7.3 | 8.07 | 7.3 | 7.84 | 180,600 | 5.75 |
| 1/7/2005 | 6.99 | 7.27 | 6.95 | 7.2 | 25,400 | 5.28 |
| 1/6/2005 | 7 | 7 | 6.91 | 6.96 | 8,200 | 5.1 |
| 1/5/2005 | 7.1 | 7.1 | 6.95 | 7.02 | 22,500 | 5.15 |
| 1/4/2005 | 7.23 | 7.28 | 7.05 | 7.24 | 29,900 | 5.31 |
| 1/3/2005 | 7.48 | 7.48 | 7.11 | 7.23 | 31,800 | 5.3 |
| 12/31/2004 | 7.29 | 7.49 | 7.11 | 7.39 | 49,100 | 5.42 |
| 12/30/2004 | 7.26 | 7.67 | 7.26 | 7.49 | 12,600 | 5.49 |
| 12/29/2004 | 6.89 | 7.6 | 6.8 | 7.37 | 38,600 | 5.4 |
| 12/28/2004 | 6.79 | 6.9 | 6.78 | 6.9 | 10,500 | 5.06 |
| 12/27/2004 | 7.01 | 7.07 | 6.76 | 6.84 | 46,600 | 5.01 |
| 12/23/2004 | 7.3 | 7.39 | 7.11 | 7.13 | 46,500 | 5.23 |
| 12/22/2004 | 7.25 | 7.42 | 7.21 | 7.3 | 45,500 | 5.35 |
| 12/21/2004 | 7.55 | 7.55 | 7.11 | 7.3 | 37,900 | 5.35 |
| 12/20/2004 | 7.61 | 7.7 | 7.2 | 7.46 | 114,800 | 5.47 |
| 12/17/2004 | 6.74 | 7.62 | 6.42 | 7.62 | 148,900 | 5.59 |
| 12/16/2004 | 6.55 | 6.7 | 6.33 | 6.62 | 40,200 | 4.85 |
| 12/15/2004 | 6.95 | 6.95 | 6.41 | 6.58 | 27,800 | 4.82 |
| 12/14/2004 | 6.39 | 7 | 5.7 | 6.7 | 446,800 | 4.91 |
| 12/13/2004 | 6.3 | 6.3 | 6.23 | 6.24 | 15,000 | 4.57 |
| 12/10/2004 | 6.31 | 6.34 | 6.26 | 6.3 | 7,100 | 4.62 |
| 12/9/2004 | 6.35 | 6.39 | 6.25 | 6.35 | 23,100 | 4.65 |
| 12/8/2004 | 6.5 | 6.5 | 6.25 | 6.38 | 47,000 | 4.68 |
| 12/7/2004 | 6.6 | 6.6 | 6.25 | 6.25 | 28,800 | 4.58 |
| 12/6/2004 | 6.04 | 6.7 | 5.95 | 6.35 | 110,900 | 4.65 |
| 12/3/2004 | 5.8 | 6.04 | 5.8 | 5.91 | 9,000 | 4.33 |
| 12/2/2004 | 5.8 | 5.99 | 5.73 | 5.73 | 22,800 | 4.2 |
| 12/1/2004 | 5.89 | 5.89 | 5.75 | 5.82 | 10,000 | 4.27 |
| 11/30/2004 | 5.75 | 5.76 | 5.75 | 5.75 | 2,600 | 4.21 |
| 11/29/2004 | 6.05 | 6.05 | 5.8 | 5.85 | 10,000 | 4.29 |
| 11/26/2004 | 5.81 | 6 | 5.55 | 5.99 | 14,500 | 4.39 |
| 11/24/2004 | 6.07 | 6.07 | 5.55 | 5.57 | 22,200 | 4.04 |
| 11/23/2004 | 5.85 | 5.87 | 5.16 | 5.65 | 26,600 | 4.1 |
| 11/22/2004 | 5.82 | 6.02 | 5.78 | 5.78 | 19,600 | 4.19 |
| 11/19/2004 | 6 | 6.04 | 5.82 | 6.04 | 23,800 | 4.38 |

# Historical Prices for Life Partners Holdings, Inc. (LPHI)

## 10/27/04 through 1/31/05

| Date | Open | High | Low | Close | Volume | Adj Close |
|---|---|---|---|---|---|---|
| 11/18/2004 | 6.05 | 6.2 | 5.85 | 6.05 | 19,100 | 4.39 |
| 11/17/2004 | 6.1 | 6.15 | 6.02 | 6.05 | 25,000 | 4.39 |
| 11/16/2004 | 6.1 | 6.1 | 6.03 | 6.03 | 2,900 | 4.37 |
| 11/15/2004 | 6.05 | 6.19 | 5.98 | 6.19 | 66,500 | 4.49 |
| 11/12/2004 | 6.02 | 6.02 | 5.95 | 5.99 | 15,000 | 4.34 |
| 11/11/2004 | 6.1 | 6.1 | 6.02 | 6.06 | 21,500 | 4.39 |
| 11/10/2004 | 6.09 | 6.19 | 6.05 | 6.1 | 47,200 | 4.42 |
| 11/9/2004 | 6.05 | 6.11 | 5.99 | 6.05 | 29,800 | 4.39 |
| 11/8/2004 | 5.9 | 6.05 | 5.9 | 6 | 22,600 | 4.35 |
| 11/5/2004 | 5.97 | 6 | 5.9 | 5.9 | 9,400 | 4.28 |
| 11/4/2004 | 5.65 | 6.07 | 5.65 | 6.06 | 32,900 | 4.39 |
| 11/3/2004 | 5.7 | 5.7 | 5.55 | 5.6 | 5,900 | 4.06 |
| 11/2/2004 | 5.76 | 5.76 | 5.61 | 5.61 | 3,600 | 4.07 |
| 11/1/2004 | 5.6 | 5.76 | 5.6 | 5.71 | 36,000 | 4.14 |
| 10/29/2004 | 5.6 | 5.63 | 5.46 | 5.61 | 8,400 | 4.07 |
| 10/28/2004 | 5.46 | 5.59 | 5.46 | 5.59 | 9,100 | 4.05 |
| 10/27/2004 | 5.55 | 5.55 | 5.45 | 5.45 | 12,200 | 3.95 |