# EXHIBIT 7

**LIFE PARTNERS, INC.**
P.O. BOX 20034
WACO, TX 76702
(254) 751-7797

BANK OF AMERICA  35-2/1130  13753

DATE Oct 27, 2004

PAY TO THE ORDER OF: Maxim Group, LLC
405 Lexington Ave.
New York, NY 10174

Twenty-Five Thousand and 00/100 Dollars

AMOUNT $ 25000.00

PAYABLE IN US DOLLARS
VOID AFTER 180 DAYS

Memo: Adv. Fee for Investment Banker

AUTHORIZED SIGNATURE

⑈013753⑈ ⑆⑈113000023⑈: 000317360952⑈