# EXHIBIT 9

**From:** Edward Rose
**Sent:** Tuesday, September 11, 2007 10:21 AM
**To:** 'Brian D. Pardo'
**Cc:** Scott Peden; Justin Blount
**Subject:** RE:

Brian,

I am very disappointed that this is the position that you are taking. Unfortunately, I am going to pursue this vociferously and I am certain that in the end you will come to realize that taking this position was not the most beneficial for you and/or Life partners shareholders. The agreement is clear and if you chose to have a legal team try and avoid the obligation, all you are doing is spending unnecessary dollars as well as in my opinion creating liabilities for Life partners Inc that need not be created.

However, I realize that you are not going to change your position so I ask that you give me the number of the attorney handling this for you so that I can call him. As I mentioned to you the other day, we notified you and your company of this situation when the stock was trading at above 52. This would make the value of the warrant $4,500,000. Since we do not have it and a) you delayed speaking with me by not returning phone calls, and b) the stock price is falling, any damages that we incur due to your non performance of this obligation will be sought from the company. It seems like a poor decision for you to ignore your obligation that will not cost the company any dollars, to potentially incur significant liability both economically and potentially regulatory.

Please forward me the number as soon possible.

Thank you,

E

---

**From:** Brian D. Pardo [mailto:bpardo@lifepartnersinc.com]
**Sent:** Tuesday, September 11, 2007 9:43 AM
**To:** Edward Rose
**Cc:** Scott Peden; Justin Blount
**Subject:** RE:

Ed – At this point I am sorry to inform you that we have discovered inconsistencies in our "agreement" and prior relationship. Due to this and other factors I must and have turned the file over to our outside legal department. An attorney from Baker & McKenzie will be in contact shortly to discuss these matters with you. Sincerely, Brian Pardo

---

**From:** Edward Rose [mailto:erose@maximgrp.com]
**Sent:** Monday, September 10, 2007 8:04 PM
**To:** Brian D. Pardo
**Subject:** RE:

Brian
I did not hear back formn you today.
Please touch base.

Thanks,
Ed
516 662 9339

**From:** Brian D. Pardo [mailto:bpardo@lifepartnersinc.com]
**Sent:** Sunday, September 09, 2007 2:27 PM
**To:** Edward Rose
**Cc:** Scott Peden; Justin Blount; Vance Dunnam (Business Fax)
**Subject:** RE:

Ed – I apologize for Scott having ignored six calls from you. I assure you this is not company policy and we will take up that matter with Scott. It appears to me that if the warrants were not delivered pursuant to a proper reading of the agreement the strike price is $7 per share. If I am mis reading this I am sure you will point that out to me.

As I mentioned, we want to do the right thing and we will expeditiously do so. Prior to the 5/4 split which has not occurred yet we had outstanding about 9.6 million shares out of 10 million authorized. Again, I apologize on Scott's behalf and, if you will please ask Andrew Scott to call me so we can catch up. Brian

---

**From:** Edward Rose [mailto:erose@maximgrp.com]
**Sent:** Sunday, September 09, 2007 12:57 PM
**To:** Brian D. Pardo
**Subject:** FW:

Here is the email with the agreement that I sent Scott
Please review

Thank you
Ed Rose 516 662 9339

---

**From:** Edward Rose
**Sent:** Thursday, September 06, 2007 11:23 AM
**To:** 'speden@lifepartnersinc.com'
**Subject:** FW:

Scott

Here is the agreement I was referring to
I will call you shortly to discuss.
Section 3a deals with the warrant.

Ed Rose