UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MAXIM GROUP, LLC,

                       Plaintiff,

        vs.

LIFE PARTNER HOLDINGS, INC.,

                       Defendant.
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

07 Civ 8099 (LAP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that Defendant's time to file and serve its reply in further support of its motion for summary judgment is hereby extended until February 15, 2008

Dated: New York, New York
       January 30, 2007

**SCHWARTZ & PONTERIO, PLLC**

By: _____
Matthew Schwartz, Esq.
134 West 29th Street – Suite 1006
New York, New York 10001
(212) 714-1200
Attorney for Plaintiff

**LeCLAIRRYAN, P.C.**

By: _____
Andrew J. Frisch, Esq.
830 Third Avenue, Fifth Floor
New York, New York 10022
(212) 430-8031
Attorney for Defendant

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
1/31/08    Part I