```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MAXIM GROUP LLC,                        :
                                        :
                                        :   07 Civ. 8099 (LAP)
                    Plaintiff(s),       :
                                        :   SCHEDULING ORDER
        -against-                       :
                                        :
LIFE PARTNER HOLDINGS, INC,             :
                    Defendant(s).       :
                                        :
----------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/10

LORETTA A. PRESKA, Chief United States District Judge:

It is hereby

ORDERED that trial is scheduled to commence in courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York, on August 2, 2010 at 10:00 A.M. in the above-captioned action. *Counsel shall confer and inform the Court by letter promptly of the proposed schedule for motions, trial submissions and the like.*

SO ORDERED

April 7, 2010

_____
Loretta A. Preska, Chief U.S.D.J.